```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 38073
   JUDI REGENWOR
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-3054


---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 02/16/2005 and was confirmed 07/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  95.45% from remaining funds.

     The case was converted to chapter 7 after confirmation 12/31/2008.
---------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
---------------------------------------------------------------------------
BAXTER CREDIT UNION       UNSECURED         4735.55           .00         3146.48
BAXTER CREDIT UNION       SECURED              .00            .00             .00
BAXTER CREDIT UNION       SECURED              .00            .00             .00
BAXTER CREDIT UNION       CURRENT MORTG       .00            .00             .00
MCCBG                     NOTICE ONLY    NOT FILED           .00             .00
MIDWEST LOAN              CURRENT MORTG       .00            .00             .00
PELLETTIERI & ASSOC       UNSECURED     NOT FILED           .00             .00
AT & T UNIVERSAL   CARS   UNSECURED     NOT FILED           .00             .00
CAPITAL ONE BANK          UNSECURED          603.95           .00          401.29
SMC                       UNSECURED          285.59           .00          180.24
CITIFINANCIAL             UNSECURED     NOT FILED           .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         6402.50           .00         4254.06
EXXON MOBIL               UNSECURED     NOT FILED           .00             .00
HOME DEPOT CREDIT SERVIC  UNSECURED     NOT FILED           .00             .00
J JILL CREDIT PLAN        UNSECURED     NOT FILED           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         3932.38           .00         2612.84
SAMS CLUB                 UNSECURED     NOT FILED           .00             .00
SEARS PAYMENT CENTER      UNSECURED     NOT FILED           .00             .00
ROUNDUP FUNDING LLC       UNSECURED          491.96           .00          326.90
CITI CARDS                UNSECURED     NOT FILED           .00             .00
ALLAN J DEMARS            NOTICE ONLY    NOT FILED           .00             .00
ANDERSON & ASSOCS         DEBTOR ATTY     1,026.00                        1,026.00
TOM VAUGHN                TRUSTEE                                           726.96
DEBTOR REFUND             REFUND                                             10.23

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 12,685.00

PRIORITY                                          .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 38073 JUDI REGENWOR
```

```
SECURED                                                                  .00
UNSECURED                                                          10,921.81
ADMINISTRATIVE                                                      1,026.00
TRUSTEE COMPENSATION                                                  726.96
DEBTOR REFUND                                                          10.23
                                          ----------------   ----------------
TOTALS                                           12,685.00          12,685.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/17/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```